IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES W NEWTON,

     Plaintiff,

v.                                                              CASE NO. 5:15-cv-45-MW-GRJ

DELGADO,

     Defendant.

_____/

## REPORT AND RECOMMENDATION

     The Court ordered Plaintiff to file an amended complaint on or before July 20, 2015. Doc. 22.  Plaintiff did not comply, and the Court ordered Plaintiff to show cause on or before August 21, 2015, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court.  Doc. 23.  As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order and has failed to file an amended complaint as directed by the Court.

     Accordingly, it is respectfully **RECOMMENDED** that this case should be dismissed for failure to prosecute, all pending motions should be terminated, and the case closed.

     **IN CHAMBERS,** at Gainesville, Florida, this 27th day of August, 2015.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**